# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LESLIE NELSON PARKER

VERSUS

BRITTANI LEE ANN FINCH

    CONSOLIDATED WITH

BRITTANI LEE ANN FINCH

VERSUS

PAULA ANTONIA GORDON

NO.  2026 CW 0599

**MAY 5, 2026**

---

In Re:    Paula Antonia Gordon, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 206930 c/w 215728.

---

**BEFORE:   McCLENDON, C.J., STROMBERG AND FIELDS, JJ.**

    **STAY DENIED; WRIT DENIED.**

                              PMc

                              TPS

    **Fields, J.,** concurs. In light of the scheduled custody trial, I would decline to exercise supervisory jurisdiction.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT